**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

## THE STATE OF SOUTH CAROLINA
### In The Court of Appeals

South Carolina Department of Social Services,
Respondent,

v.

Marlena A., Jermaine P., Defendants,

In the interest of a minor under the age of 18.


Case # 2011-DR-23-1696

South Carolina Department of Social Services,
Respondent,

v.

Marlena A., Kevin B., Defendants,

Of whom Marlena A. is the Appellant.

In the interest of a minor under the age of 18.

Appellate Case No. 2011-199331

_____

Appeal From Greenville County
Rochelle Y. Conits, Family Court Judge

_____

Unpublished Opinion No. 2012-UP-358

Submitted June 1, 2012 – Filed June 13, 2012

---

**AFFIRMED**

---

Alex Kornfeld, of Greenville, for Appellant.

Deborah Murdock, of Mauldin, for Respondent.

Robert A. Clark, of Greenville, for Guardian ad Litem.

---

**PER CURIAM:** Marlena A. appeals from the family court's final order terminating her parental rights to her minor child. *See* S.C. Code Ann. § 63-7-2570 (2010 & Supp. 2011). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex Parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing. Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**PIEPER, KONDUROS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.